Denver C. Snuffer (3032)
Daniel B. Garriott (9444)
**NELSON, SNUFFER, DAHLE & POULSEN**
10885 South State
Sandy, Utah 84070
Telephone: (801) 576-1400
Facsimile: (801) 576-1960

Attorneys for Defendants

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| 1-800 CONTACTS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>LENSFAST, L.L.C. d/b/a CONTACTLENS.COM, LENSFAST.COM, and E-CONTACTS.COM, a Limited Liability Company of Wyoming, and RANDOLPH WEIGNER, of Meredith, New Hampshire,<br><br>        Defendants. | **CERTIFICATE OF SERVICE OF DEFENDANTS LENSFAST, L.L.C. d/b/a CONTACTLENS.COM, LENSFAST.COM, E-CONTACTS.COM, AND RANDOLPH WEIGNER'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES**<br><br>Civil No. 2:08-cv-00984 DAK<br><br>Judge Dale A. Kimball |

---

I hereby certify that I served a true and correct copy of the foregoing first class mail, postage prepaid, that further, I electronically filed **DEFENDANTS LENSFAST, L.L.C. d/b/a CONTACTLENS.COM, LENSFAST.COM, E-CONTACTS.COM, AND RANDOLPH**

1

-2-

**WEIGNER'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES** foregoing with the Clerk of

Court using the CM/ECF system which sent notification of such filing to the following:

    Bryan G. Pratt
    RADER, FISHMAN & GRAUER, PLLC
    10653 South River Parkway, Suite 150
    South Jordan, UT 84095
    bgp@raderfishman.com

    Kristin L. Murphy
    RADER, FISHMAN & GRAUER
    39533 Woodward Ave., Ste. 140
    Bloomfield Hills, MI 48304
    klm@raderfishman.com

    Linda D. Mettes
    RADER, FISHMAN & GRAUER
    39533 Woodward Ave., Ste. 140
    Bloomfield Hills, MI 48304
    ldm@raderfishman.com

    R. Terrance Rader
    RADER, FISHMAN & GRAUER
    39533 Woodward Ave., Ste. 140
    Bloomfield Hills, MI 48304
    rtr@raderfishman.com

DATED this 7th day of July, 2009.

                                          /s/ Daniel B. Garriott